IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **In re: Helicopter Crash Near Weaverville, California, 8/5/08** | No. 3:09-md-02053-MO<br>No. 3:09-cv-01442-MO<br><br>ORDER OF PARTIAL DISMISSAL AS TO DEFENDANT GENERAL ELECTRIC COMPANY'S THIRD-PARTY CLAIMS AGAINST CARSON HELICOPTERS, INC. AND CARSON HELICOPTERS SERVICES, INC. |

**MOSMAN, J.**,

The unopposed Fed. R. Civ. P. 41 motion to dismiss filed by defendant General Electric Company ("GE"), [527] in 09-cv-01442 and [823] in 09-md-02053, is GRANTED.  GE's claims in 09-cv-01442-MO against third-party defendants Carson Helicopters, Inc. and Carson Helicopters Services, Inc. are DISMISSED with prejudice, with each party to bear its own costs and fees.

DATED this   17th   day of April, 2012.

                                            /s/Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge